**Order entered May 9, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00013-CR

**CHARLES ALLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-60768-U**

## ORDER

The Court **GRANTS** appellant's May 7, 2013 motion to file appellant's supplemental brief.

We **ORDER** the Clerk of the Court to file the supplemental brief tendered as of the date of this order.

/s/     LANA MYERS
         JUSTICE